**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID GIBSON,<br>Plaintiff, | |
| v. | 22 CV 7243 |
| DET. DANIEL TORZA, OFC. DANIEL CORRIGAN, and CITY OF ELMHURST,<br>Defendants. | JURY DEMANDED. |

**FIRST AMENDED COMPLAINT**

Plaintiff David Gibson, with leave of Court pursuant to Fed. R. Civ. P. 15(a)(2), alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff is a resident of this judicial district.

3. Defendant City of Elmhurst is a municipal corporation with its principal office in this judicial district.

4. Defendant City of Elmhurst employs a force of sworn peace officers, including defendants Det. Daniel Torza and Ofc. Daniel Corrigan.

5. At all times mentioned herein, defendants Det. Daniel Torza and Ofc. Daniel Corrigan were acting with color of law. Plaintiff sues each officer in his individual capacity for violating plaintiff's Fourth Amendment rights, as alleged in further detail below.

6. On December 28, 2020, plaintiff was a wheelchair-bound patient at Good Samaritan Hospital.

7. On said date and time, defendants Det. Daniel Torza and Ofc. Daniel Corrigan came to plaintiff's hospital room to investigate an alleged crime. At said time and place, defendants struck and grabbed plaintiff, and threw him out of his wheelchair, causing him to sustain serious injury, all in violation of plaintiff's right to be free from unlawful use of force. This attack on plaintiff was unprovoked and unjustified. Defendants additionally failed to intervene to prevent the other's unlawful use of force.

8. Plaintiff joins the City of Elmhurst as the indemnitor of the individual officers.

9. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and, additionally, for an award of punitive damages in an amount to be determined by the trier of fact against each of the individual defendants.

By: /s/ John K. Kennedy

**JOHN K. KENNEDY**
Kennedy Watkins LLC
350 N. Orleans St., Suite 9000N
Chicago, IL 60654
(312) 448-8181
jkennedy@kwlawchicago.com
ARDC No. 6309407